Donnie R. Cox, SBN 137950
Law Office of Donnie R. Cox
402 North Nevada Street
Oceanside, CA 92054-2025
Telephone (760) 400-0263
Facsimile (760) 400-0269
drc@drcoxlaw.com

Paul W. Leehey, SBN 92009
Law Office of Paul W. Leehey
210 E. Fig Street, Ste. 101
Fallbrook, CA 92028
Telephone (760) 723-0711
Facsimile (760) 723-6533
law@leehey.com

Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID BOCK , L.B., a minor by and through his Guardian ad Litem, Robert Powell,<br><br>　　　　Plaintiffs,<br>v.<br><br>CITY OF LOS ANGELES, OFFICER SALINAS, OFFICER DOE 1, and Does 2 through 10 Inclusive,<br><br>　　　　Defendants. | Case No. 2:18-cv-06485<br><br>**ORDER ON STIPULATION TO FILE AMENDED COMPLAINT AND EXTEND TIME FOR DEFENDANTS' RESPONSE**<br><br>**Assigned to the Honorable Percy Anderson**<br><br>**Complaint filed: July 27, 2018**<br>**Discovery cut-off date: Not Set**<br>**Pretrial Conference date: Not Set**<br>**Trial Date: Not Set** |

1

1  COMES NOW, the Court upon the stipulation of the parties, and upon good cause
2  being shown, entering the following as the Order of the Court in the above entitled
3  matter:
4  1. That Plaintiffs shall file an Amended Complaint on or before December 10,
5  2018; and
6  2. That City Defendants shall file their respective Responses to Plaintiffs'
7  Amended Complaint by December 31, 2019.

IT IS SO ORDERED,

DATED:  November 20, 2018

PERCY ANDERSON
United States District Judge

2