1  Janine K. Jeffery, Esq. CBN 112639
   Jjeffery@reilyjeffery.com
2  REILY & JEFFERY, INC.
   5900 Canoga Avenue, Suite 350
3  Woodland Hills, CA 91367
   Telephone: (818) 350-6282
4  Fax No.: (818) 350-6283

5  Attorneys for Defendant City of Los Angeles

6
7
8              UNITED STATES DISTRICT COURT
9              CENTRAL DISTRICT OF CALIFORNIA
10

11 DAVID BOCK, L.B., a minor by and ) CASE NO. 2:18-cv-06485-PA-FFM
   through his Guardian ad Litem, Robert )
12 Powell,                                ) ***[PROPOSED]* ORDER ON**
                                          ) **MOTION TO DISMISS PURSUANT**
13           Plaintiff,                   ) **TO RULE 12(b)(6)**
                                          )
14    vs.                                 ) *(Filed Concurrently with Notice of*
                                          ) *Motion and Memorandum of Points*
15 CITY OF LOS ANGELES, and Does 1 ) *and Authorities)*
   through 10, Inclusive,                 )
16                                        )
             Defendants.                  )
17 _____ ) Hon. Judge Percy Anderson

18                                          Date:  January 28, 2019
                                            Time:  1:30 p.m.
19                                          Crtm.: 9A, 9th Floor

20
21
22
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID BOCK, L.B., a minor by and through his Guardian ad Litem, Robert Powell,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF LOS ANGELES, and Does 1 through 10, Inclusive,<br><br>Defendants. | CASE NO. 2:18-cv-06485-PA-FFM<br><br>*[PROPOSED]* **ORDER ON MOTION TO DISMISS PURSUANT TO RULE 12(b)(6)** |

Defendant City of Los Angeles has filed a Motion to Dismiss Plaintiff Bock's claims for relief and to dismiss Plaintiff L.B.'s due process claims.

Having considered all documents filed by the parties in connection with Defendant's Motion to Dismiss, and good cause having been shown, Defendant's Motion to Dismiss is **GRANTED** without leave to amend on the ground that Bock has failed to state a claim for relief as to the First, Fourth, and Fourteenth Amendments and as such, he is no longer a proper party to this lawsuit. Further, the due process claims asserted by minor L.B. are subsumed within his Fourth Amendment claims. Accordingly, the only claims remaining in this case are minor L.B.'s claims for the alleged violation of his First and Fourth Amendment rights.

**IT IS SO ORDERED.**

Dated: _____     _____
                                                                Hon. Percy Anderson