Janine K. Jeffery, Esq. CBN 112639
Jjeffery@reilyjeffery.com
REILY & JEFFERY, INC.
5900 Canoga Avenue, Suite 350
Woodland Hills, CA 91367
Telephone: (818) 350-6282
Fax No.: (818) 350-6283

Attorneys for Defendant, City of Los Angeles

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID BOCK, L.B., a minor by and through his Guardian ad Litem, Robert Powell,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY OF LOS ANGELES, and Does 1 through 10, Inclusive,<br><br>    Defendants. | CASE NO. 2:18-cv-06485-PA-FFM<br><br>**OFFER OF JUDGMENT BY DEFENDANT CITY OF LOS ANGELES PURSUANT TO FED. R. CIV. P. RULE 68** |

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendant CITY OF LOS ANGELES hereby offers to allow Plaintiff L.B., a minor by and through his Guardian ad Litem, Robert Powell to take judgment against it alone and in favor of Plaintiff L.B. in the amount of $40,000.00.

This offer includes all of Plaintiff L.B.'s alleged damages, as well as all attorneys' fees, expenses, and costs incurred as of the date of this offer.

This offer of judgment is made for the purposes specified in Rule 68 of the Federal Rules of Civil Procedure and is not to be construed as an admission of

liability by the City of Los Angeles, who expressly denies any and all liability for any amount. Nor is this offer an admission that the Plaintiff has sustained any damages.

If accepted, the judgment shall be in full satisfaction of all claims or rights that Plaintiff may have, or any other form of relief, arising out of the alleged acts or omissions of Defendant City of Los Angeles, and/or any employee of the City of Los Angeles, in connection with the facts and circumstances that are the subject of the above-entitled action.

Acceptance of this offer of judgment and payment pursuant thereto will act to release, discharge and dismiss with prejudice Defendant City of Los Angeles, and its officials and employees, past and present, from any and all claims that were or could have been alleged by Plaintiff L.B. in the above-entitled action.

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Plaintiff has 14 days from the date or service of this offer of judgment to accept. Once the 14 days from service expires, the offer lapses and is deemed withdrawn.

Dated: May 3, 2019                     REILY & JEFFERY, INC.

By /s/ Janine K. Jeffery, Esq.
Attorneys for Defendant

///
///
///
///
///
///
///
///

## ACCEPTANCE OF OFFER

I, L.B., a minor by and through his Guardian ad Litem, Robert Powell, accept the City of Los Angeles's Rule 68 Offer in the amount of $40,000.00, which includes all alleged damages, attorneys' fees, expenses and costs incurred as of the date of the Offer.

Dated: May _14_, 2019

_____
L.B., a minor by and through his
Guardian ad Litem, Robert Powell

## APPROVED AS TO FORM AND CONTENT

LAW OFFICE OF PAUL W. LEEHEY

Dated: May _14_, 2019        By _____
Paul W. Leehey
Attorneys for Plaintiff

3

## PROOF OF SERVICE

I, Leslie C. Toledo, am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 5900 Canoga Avenue, Suite 350, Woodland Hills, California 91367.

On May 3, 2019, I served the foregoing document described as OFFER OF JUDGMENT BY DEFENDANT CITY OF LOS ANGELES PURSUANT TO FED. R. CIV. P. RULE 68 on the interested parties in this action as follows:

| | |
|---|---|
| Donnie R. Cox, Esq.<br>Law Office of Donnie R. Cox<br>402 North Nevada Street<br>Oceanside, CA 92504-2025<br>Tel. (760) 400-0263<br>Fax (760) 400-0269<br>Email: drc@drcoxlaw.com<br>Attorneys for Plaintiff | Paul Wade Leehey, Esq.<br>Law Offices of Paul W. Leehey<br>210 East Fig Street, Suite 101<br>Fallbrook, CA 92028<br>Tel. (760) 723-0711<br>Fax: (760) 723-6533<br>Email: law@leehey.com<br>Attorneys for Plaintiff |

___ BY FEDERAL EXPRESS OVERNIGHT MAIL. The documents were placed in sealed, addressed packages for overnight delivery on this date in the ordinary court of business, with all charges prepaid for overnight delivery, to be deposited in a facility regularly maintained by the overnight delivery carrier, or delivered to a courier or driver authorized by the overnight delivery carrier to receive such packages.

_X_ BY FIRST CLASS MAIL: The documents were placed in a sealed, addressed envelopes. I caused such envelopes to be deposited in the mail at Los Angeles, California. The envelope were mailed with postage fully prepaid. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

___ BY FACSIMILE TRANSMISSION. I caused said document to be transmitted by Facsimile machine to:

Executed on May 3, 2019 at Woodland Hills, California.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____
Leslie C. Toledo