Donnie R. Cox, SBN 137950
Law Office of Donnie R. Cox
402 North Nevada Street
Oceanside, CA 92054-2025
Telephone (760) 400-0263
Facsimile (760) 400-0269
drc@drcoxlaw.com

Paul W. Leehey, SBN 92009
Law Office of Paul W. Leehey
210 E. Fig Street, Ste. 101
Fallbrook, CA 92028
Telephone (760) 723-0711
Facsimile (760) 723-6533
law@leehey.com

Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID BOCK, L.B., a minor by and through his Guardian ad Litem, Robert Powell,<br><br>　　　　Plaintiffs,<br>v.<br><br>CITY OF LOS ANGELES, and Does 1 through 10 Inclusive,<br><br>　　　　Defendants. | Case No. 2:18-cv-06485-PA-FFM<br><br>**REPRESENTATION STATEMENT** |

The undersigned represents Plaintiff David Bock. Attached is a service list that shows all the parties to the action, and identifies their counsel by name, firm, address, and telephone number, where appropriate.

Date: July 29, 2019	LAW OFFICE OF DONNIE R. COX

*s/ Donnie R. Cox*

DONNIE R. COX, ESQ.
Attorney for Plaintiffs

**SERVICE LIST**

| | |
|---|---|
| Donnie R. Cox, Esq.<br>Law Office of Donnie R. Cox<br>402 North Nevada Street<br>Oceanside, CA  92054<br>Tel: (760) 400-0263<br>Fax: (760) 400-0269<br>drc@drcoxlaw.com | Attorneys for Plaintiff David Bock |
| Paul W. Leehey, Esq.<br>Law Office of Paul W. Leehey<br>210 East Fig Street, Suite 101<br>Fallbrook, CA  92028<br>Tel: (760) 723-0711<br>Fax: (760) 723-6533<br>law@leehey.com | Attorneys for Plaintiff David Bock |
| Reily & Jeffery, Inc.<br>Janine Jeffery, Esq.<br>5900 Canoga Avenue, Suite 350<br>Woodland Hills, CA 91367<br>Tel: (81)350-6282<br>Fax: (818) 350-6283<br>jjeffery@reilyjeffery.com | Attorneys for Defendant City of Los Angeles |